UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


CHARLIE R LARA,

           Plaintiff,

  v.

BEN CURRY et al,

           Defendant.

_____/

Case Number: CV06-07149 MHP

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Charlie R. Lara C-22194
Correctional Training Facility
P.O.Box 689
Soledad, CA 93960


Dated: March 17, 2010

                                   Richard W. Wieking, Clerk
                                   By: Anthony Bowser, Deputy Clerk